**Demetrius M. Costy** (Bar No. 202905)
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Enrique Fonseca Martinez*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>vs.<br><br>ENRIQUE FONSECA MARTINEZ,<br><br>*Defendant*. | No. 10-cr-00118-EJG-1<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date: August 26, 2011<br>Time: 10:00 a.m.<br>Hon. Edward J. Garcia |

### STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE

It is hereby stipulated and agreed to between the United States of America through MICHAEL D. ANDERSON, Assistant United States Attorney, and defendant, ENRIQUE FONSECA MARTINEZ, by and through his respective counsel, that the status conference in the above-captioned matter set for Friday, August 26, 2011 at 10:00 a.m., be continued to Friday, September 30, 2011, at 10:00 a.m.

This request for a continuance is requested because Jamil F. Karwash, the previous attorney for defendant, has left the Law Offices of Robert J. Beles in an unexpected sabbatical leave and Demetrius M. Costy, with the Law Offices of Robert J. Beles, filed a substitution of counsel on August 23, 2011.

The parties further stipulate that the time period from Friday, August 26, 2011, up to and including the new status conference date of Friday, September 30, 2011, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that new defense counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h)

(7) (B) (iv).  Specifically, defendant agrees that his new counsel needs additional time to continue discussions with the government regarding potential resolution of the case, review produced discovery in the case, effectively evaluate the posture of the case and potentially prepare for trial.  See id.

For these reasons, the defendant, defense counsel, and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h) (7) (B) (iv); 18 U.S.C. § 3161 (h) (7) (B) (ii).

Respectfully Submitted,

DATE:  August 24, 2011              By:    /s/   DMC
                                                  DEMETRIUS M. COSTY
                                                  Counsel for Enrique Fonseca Martinez

DATE:  August 24, 2011                        /s/   MDA
                                                  MICHAEL D. ANDERSON
                                                  Assistant U.S. Attorney

**IT IS SO ORDERED.**

**Dated: August 23, 2011**

                                                  /s/ Edward J. Garcia
                                                  SENIOR JUDGE EDWARD J. GARCIA
                                                  UNITED STATES DISTRICT JUDGE